UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0378M-01 (CR) |
| | : | MAGISTRATE NO. 05-0378M-02 (CR) |
| **RICO LEE THOMAS,** | : | |
| **MICHAEL LEN JACKSON,** | : | VIOLATION: 18 U.S.C. §922(g)(1) |
| **Defendants.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about June 29, 2005, within the District of Columbia, **RICO LEE THOMAS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F7723-91, did unlawfully and knowingly receive and possess a firearm, that is, a Dan Wesson .357 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .357 caliber ammunition which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about June 29, 2005, within the District of Columbia, **MICHAEL LEN JACKSON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case Nos. F7505-92, F0137-89, and F6106-80, did unlawfully and knowingly receive and possess a firearm, that is, a Dan Wesson .357 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .357 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia