UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :   **05-278 (CKK)** |
| **v.** | : |
| | : |
| **RICO THOMAS** | : |
| | : |

## ORDER

Upon consideration of the defendant's motion to suppress evidence, it is this \_\_\_\_ day of _____, 2005 hereby

ORDERED that the motion is hereby granted.

_____
The Honorable Colleen Kollar-Kotelly
U.S. District Court Judge