SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : 05-cr-278 (CKK) |
| v. | : |
| | : |
| **RICO THOMAS** | : |
| | : |

## Notice Of Filing

Rico Thomas, through undersigned counsel, respectfully files the attached correspondence to the Office of the United States' Attorney.

Respectfully Submitted

_____
JENIFER WICKS
DC Bar 465476

The Law Offices of Jenifer Wicks
The Webster Building
503 D Street, N.W., Suite 250A
Washington, DC 20001
(202) 326-7100