# JENIFER WICKS
### ATTORNEY AT LAW

THE WEBSTER BUILDING
503 D STREET, NW
SUITE 250A
WASHINGTON, D.C. 20001

CHAUNCEY WOOD (D.C., MA, NY)
OF COUNSEL

TELEPHONE (202) 326-7100
FACSIMILE (202) 478-0867
EMAIL: JWICKSLAW@AOL.COM

August 12, 2005

Lionel Andre, Esquire
Office of the United States Attorney
    for the District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530

        Re:    <u>United States v. Rico Thomas</u>
                 05-CR-278 (CKK)
                 Motions 10/14/05 Trial 10/24/05

Dear Mr. Andre:

      I request a viewing letter for the car, gun and ammunition. I request that the viewing letter permit my investigator, Pierre Russell, to view the evidence and that he be given permission to photograph the evidence. I understand that the letter must specifically state his name.

      My client is willing to stipulate in lieu of testimony from an ATF agent.

      Please let me know as soon as possible if there is any fingerprint evidence so I can have my own expert review the evidence before trial.

      For the 404(b) evidence you will apparently provide notice of through court filing, I request that you provide me with all information and evidence pertaining to this uncharged misconduct that you would be required to provide under Federal Criminal Procedure Rule 16 and *Brady* if this uncharged misconduct was actually charged.

                                                                Sincerely,

                                                                _____
                                                                JENIFER WICKS