UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-278 (CKK) |
| | : | |
| RICO LEE THOMAS, | : | |
| MICHAEL LEN JACKSON, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Lionel André, telephone number (202) 353-2481. This is also notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

---

LIONEL ANDRE
Assistant United States Attorney
D.C. Bar No. 422534
Organized Crime and Narcotics Section
555 4th Street, N.W.  #4210
Washington, DC 20001
Lionel.Andre@usdoj.gov
(202) 353-2481; FAX: 353-9414