SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | 05-cr-278 (CKK) |
| v. : | |
| : | |
| RICO THOMAS : | |
| : | |

DEFENDANT'S OPPOSITION TO
GOVERNMENT'S NOTICE OF INTENT TO IMPEACH DEFENDANT WITH HIS
PRIOR CONVICTION PURSUANT TO RULE 609

Mr. Rico Thomas, through undersigned counsel, respectfully submits the following in opposition to the Government's Notice of Intent to Impeach Defendant With His Prior Convictions Pursuant to Rule 609.

Counsel submits that the government has not and cannot meet its burden, which is to show that the probative value of specific information of his convictions outweighs its prejudicial effect to the defendant. *United States v. Lispcomb*, 702 F.2d 1049, 1063 (D.C.Cir. 1983)(citing *United States v. Fountain*, 642 F.2d 1083, 1092 (7th Cir.) *cert. denied.*, 451 U.S. 993 (1981)). While government counsel argues that the prior felony conviction will already be before the jury because he is charged with possession of a firearm by a felon, counsel submits that the type or facts of the charge are simply not relevant to that particular element of the crime (being a felon) so they should not be before the jury and that the type or facts of his conviction are also not probative or relevant to an assessment of his credibility.

Furthermore, counsel submits that any limiting instruction telling the jury to solely consider the defendant's prior conviction as to credibility and not on the overall issue of guilt during the same time frame would require the jury to perform mental gymnastics beyond the

pale. "The naïve assumption that prejudicial effects can be overcome by instructions to the jury, all practicing lawyers know to be unmitigated fiction." *Krulewitch v. United States*, 336 U.S. 440, 453 (1949)(Jackson, concurring).

    WHEREFORE, for the foregoing reasons, any reasons put forth at a hearing on the Government's motion, and any other that this Honorable Court may deem just and proper, Mr. Rico Thomas, through undersigned counsel, respectfully requests that this Court deny the Government's motion.

    Respectfully submitted,

_____
JENIFER WICKS
Bar No. 465476

The Law Offices of Jenifer Wicks
The Webster Building
503 D Street, N.W. Suite 250A
Washington, D.C. 20001
(202) 326-7100