UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-278 (CKK) |
| | : | |
| RICO LEE THOMAS, | : | |
| MICHAEL LEN JACKSON, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

GOVERNMENT'S MOTION FOR LEAVE
TO LATE FILE GOVERNMENT'S OPPOSITION
TO DEFENDANTS' MOTION TO SUPPRESS TANGIBLE EVIDENCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court to grant it leave to file the attached Opposition to Defendant Rico Thomas's Motion to Suppress Tangible Evidence and Opposition to Defendant Michael Jackson's Motion to Suppress Physical Evidence, in the above-captioned matter. In support of this motion, the government represents as follows:

1.   The government filed it's timely 609 motions in the instant case on August 24, 2005, and was awaiting the filing of defendant's motions in order to prepare its opposition.

2.   The undersigned did not know that the defendants had already filed their motions to suppress evidence until the Court telephoned the undersigned on September 19, 2005, to ascertain the status of the government's opposition motion.

3.   The government's oppositions to the motions to suppress are straightforward, and not complex. The oppositions do not raise any new issues or legal concepts. Therefore, the defendants would not be prejudiced by granting the Government's motion for leave to file.

WHEREFORE, the government respectfully requests that the Court grant its motion for leave to late file its opposition to defendants' motions to suppress physical evidence.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
Lionel André
Assistant United States Attorney
D.C. Bar Number 422534
Narcotics Section
555 4th Street, N.W. – Room 4846
Washington, D.C. 20001
(202) 353-2481