UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-278-02 (CKK)** |
| | : | |
| **RICO LEE THOMAS,** | : | |
| **MICHAEL LEN JACKSON,** | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Having reviewed Defendant Jackson's Motions to Suppress Physical Evidence and the Government's Opposition thereto, and such evidence as has been presented at a hearing on the motions, the Court hereby rules as follows:

Defendant's Motions to Suppress Evidence is DENIED.

IT IS SO ORDERED.

Date: _____          _____
                               COLLEEN KOLLAR-KOTELLY
                               UNITED STATES DISTRICT JUDGE

copies to:

Lionel Andre
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C., 20530

Douglas J. Wood, Esquire
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737

Jennifer Wicks, Esquire
The Webster Building
503 D Street, N.W., Suite 250 A
Washington, D.C. 20001