UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** :  :  **05-cr-278 (CKK)** |
| v. : |
| : |
| **RICO THOMAS** : |
| : |

**MOTION FOR A HAIR CUT ORDER**

The defendant, Rico Thomas, by and through counsel, respectfully moves this Honorable Court, pursuant to his right to a fair trial, to sign to attached order for a hair cut prior to court proceedings in this matter.

Respectfully submitted,

_____
JENIFER WICKS
Bar No. 465476

Law Offices of Jenifer Wicks
The Webster Building
503 D Street, N.W.
Suite 250A
Washington, D.C.  20001
(202) 326-7100