## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **05-cr-278 (CKK)** |
| **V** : | |
| : | |
| **RICO THOMAS** : | |
| : | |

## ORDER

Upon consideration of the defendant's Motion for a Hair Cut Order and for good cause shown, it is this _____ day of _____, 2005, hereby

ORDERED that the DC Department of Corrections and Correctional Treatment Facility shall allow Mr. Rico Thomas DCDC 242489 to have hair cuts before court appearances in the above captioned matter.

SO ORDERED.

_____

C:
Jenifer Wicks
503 D Street NW Suite 250A
Washington, DC 20001

Warden, DC Jail
1901 D Street SE
Washington, DC 20003

Warden, CCA/CTF
1901 E Street SE
Washington, DC 20003

Office of the United States Attorney
555 Fourth Street NW
Washington, DC 20530