UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 05-cr-278 (CKK) |
| V | : |
| | : |
| RICO THOMAS | : |
| | : |

**ORDER**

Upon consideration of the defendant's motion to suppress evidence, it is this ____ day of _____, 2005 hereby

ORDERED that the motion is hereby granted.

_____
The Honorable Colleen Kollar-Kotelly
U.S. District Court Judge

C:

Jenifer Wicks
Law Offices of Jenifer Wicks
The Webster Building
503 D Street, N.W.
Suite 250A
Washington, D.C. 20001

Lionel Andre
Office of the United States Attorney
555 Fourth Street NW
Washington, DC 20530