UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>RICO THOMAS,<br><br>  Defendant. | Criminal Action No. 05-278 (CKK) |

### ORDER

Upon a consideration of [28] Defendant Rico Thomas' Motion for a Hair Cut Order and for good cause shown, it is, this 11th day of October, 2005, hereby

**ORDERED** that [28] Defendant Rico Thomas' Motion for a Hair Cut Order is GRANTED, and the District of Columbia Department of Corrections and Correctional Treatment Facility shall allow Mr. Rico Thomas, DCDC # 242489, to have hair cuts before court appearances in the above-captioned action.

**SO ORDERED**.

_/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge