UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

RICO LEE THOMAS,

   Defendant.

Criminal Action No. 05-278 (CKK)

**ORDER**

On October 7, 2005, Defendant Rico Thomas filed a [29] Motion to Suppress Statement Evidence and Incorporated Memorandum of Points and Authorities in Support Thereof. Pursuant to this Court's Minute Order on August 11, 2005, all motions in the above-captioned action were to be filed by August 24, 2005. In Defendant Thomas' Motion to Suppress Statement Evidence, he "requests leave of the Court to file this out of time" because "[o]n October 3, 2005, counsel was advised of four statements made by Mr. Thomas, previously having been advised that there were none." Def.'s Mot. to Suppress Stmt. at 1 n.1. Moreover, counsel for Defendant Thomas noted that she "has not yet been provided with a copy of the videotaped statement." *Id.*

Given the importance of Defendant Thomas' Motion and the apparent late production of four statements made by Mr. Thomas, it is, this 11th day of October, 2005, hereby

**ORDERED** that the Court grants Defendant Thomas leave to file his [29] Motion to Suppress Statement Evidence and shall consider the motion on its merits. The Government's Response to Defendant Thomas' Motion to Suppress shall be due by close of business on

Wednesday, October 12, 2005, so that the Court may have all relevant information before it by the time of the status conference and motions hearing on Friday, October 14, 2005.

**SO ORDERED**.

                                            /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge