UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **05-cr-278 (CKK)** |
| V | : |
| | : |
| **RICO THOMAS** | : |
| | : |

*ORDER*

Upon consideration of the defendant's Motion to Sever Trials and the record herein, it is, this _____ day of October, 2005, hereby

ORDERED that the motion is hereby GRANTED.

SO ORDERED.

_____